IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 33-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| KEVIN EUGENE DILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to a Motion to Continue Arraignment & Detention Hearing (#8) filed by counsel for Defendant. It appears to the undersigned that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue Arraignment & Detention Hearing (#8) is **ALLOWED** and the arraignment and detention hearing shall be continued until **March 31, 2017**.

Signed: March 29, 2017

Dennis L. Howell
United States Magistrate Judge

1