IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 33-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| KEVIN EUGENE DILLS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Seal Document (#26) filed by counsel for Defendant. In the motion, Defendant's counsel requests that a Declaration of Deputy Chief Glen Matayabas (#25) be sealed because it contains information that may be protected by the Health Insurance Portability and Protection Act. It appears that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Seal Document (#26) is **ALLOWED** and the Declaration (#25) filed in this matter is Ordered to be sealed.

Signed: April 7, 2017

Dennis L. Howell
United States Magistrate Judge